```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                             Case No. 20-00095-RNO
Michael Anthony Fascinella                                         Chapter 13
Ann Marie Fascinella
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 21, 2020
                              Form ID: pdf010          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
```
db/jdb        +Michael Anthony Fascinella,    Ann Marie Fascinella,    368 Loder Street,    Sayre, PA 18840-2613
5289733       +Guthrie Clinic,    One Guthrie Square,    Sayre, PA 18840-1699
5289734       +Plant Home Lending,    321 Research Parkway, Suite. 303,    Meriden, CT 06450-8342
5289735       +Robert Packer Hospital,    One Guthrie Square,    Sayre, PA 18840-1698
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5291220          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2020 19:18:14
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303635          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 19:22:25
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5303251*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5291221*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303247*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303248*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303249*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303250*         Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
                                                                                 TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
```
              Arthur David Agnellino    on behalf of Debtor 1 Michael Anthony Fascinella
               attorneys@theaalawfirm.com
              Arthur David Agnellino    on behalf of Debtor 2 Ann Marie Fascinella attorneys@theaalawfirm.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, N.A., not in its individual capacity,
               but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  :
Michael Anthony Fascinella and  :
Ann Marie Fascinella,  : Case No. 4-20-bk-00095
                Debtors  : Chapter 13

## ORDER

**AND NOW**, upon consideration of the Motion to Extend the Automatic Stay, after hearing held on February 21, 2020, it is

ORDERED that it is confirmed that the automatic stay came into effect as of the date of the filing of the Petition in this case, January 9, 2020; and,

FURTHER ORDERED that the Motion to Extend the Automatic Stay is DISMISSED as moot.

Dated: February 21, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge  (BI)