```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00095-RNO
Michael Anthony Fascinella                                      Chapter 13
Ann Marie Fascinella
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke         Page 1 of 1              Date Rcvd: Feb 27, 2020
                         Form ID: ntcnfhrg       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
```
db/jdb         +Michael Anthony Fascinella,   Ann Marie Fascinella,   368 Loder Street,   Sayre, PA 18840-2613
5289733        +Guthrie Clinic,   One Guthrie Square,   Sayre, PA 18840-1699
5289734        +Plant Home Lending,   321 Research Parkway, Suite. 303,   Meriden, CT 06450-8342
5289735        +Robert Packer Hospital,   One Guthrie Square,   Sayre, PA 18840-1698
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5291220         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 19:25:23
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5303635         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 19:32:23
                 Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5303251*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5291221*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5303247*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5303248*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5303249*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5303250*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
```
              Arthur David Agnellino    on behalf of Debtor 1 Michael Anthony Fascinella
               attorneys@theaalawfirm.com
              Arthur David Agnellino    on behalf of Debtor 2 Ann Marie Fascinella attorneys@theaalawfirm.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, N.A., not in its individual capacity,
               but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Anthony Fascinella,
aka Michael Anthony Fascinella Sr.,

**Debtor 1**

Ann Marie Fascinella,

**Debtor 2**

Chapter 13

Case No. 4:20−bk−00095−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 10, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: April 17, 2020 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 27, 2020 |

ntcnfhrg (03/18)