```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00095-RNO
Michael Anthony Fascinella                                          Chapter 13
Ann Marie Fascinella
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke            Page 1 of 1           Date Rcvd: Jul 31, 2020
                              Form ID: ntsempas          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.

```
db/jdb         +Michael Anthony Fascinella,   Ann Marie Fascinella,   368 Loder Street,   Sayre, PA 18840-2613
5289733        +Guthrie Clinic,   One Guthrie Square,   Sayre, PA 18840-1699
5314765         Guthrie Medical Group,P.C.,   c/o Burr & Reid, LLP,   400 Plaza Drive,   PO Box 2308,
                 Binghamton, NY 13902-2308
5311332        +Planet Home Lending, LLC,   321 Research Pkwy #303,   Meriden, CT 06450-8342
5289734        +Plant Home Lending,   321 Research Parkway, Suite. 303,   Meriden, CT 06450-8342
5289735        +Robert Packer Hospital,   One Guthrie Square,   Sayre, PA 18840-1698
5313782         Robert Packer Hospital,   c/o Burr & Reid, LLP,   400 Plaza Drive,   PO Box 2308,
                 Binghamton, NY 13902-2308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5318837         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 19:50:59      PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
5291220         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 19:50:59
                  Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303635         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 19:56:00
                  Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
5303249*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303250*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303251*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5291221*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303247*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5303248*        Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5318838*        Pinnacle Credit Services, LLC,   Resurgent Capital Services,   P.O. Box 10587,
                  Greenville, SC 29603-0587
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
```
              Arthur David Agnellino    on behalf of Debtor 1 Michael Anthony Fascinella
               attorneys@theaalawfirm.com
              Arthur David Agnellino    on behalf of Debtor 2 Ann Marie Fascinella attorneys@theaalawfirm.com
              Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Wilmington Trust, N.A., not in its individual capacity,
               but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Michael Anthony Fascinella<br>aka Michael Anthony Fascinella Sr. | Chapter: 13<br>Case number: 4:20−bk−00095−RNO |
| **Debtor 1** | Document Number: 43 |
| Ann Marie Fascinella | Matter: Motion to Modify Confirmed Plan |
| **Debtor 2** | |
| **Debtor(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 9, 2020.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**US Courthouse, Courtroom 3, 3rd**<br>**Floor, 240 West 3rd Street,**<br>**Williamsport, PA 17701** | **Date: 9/18/20**<br>**Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **August 21, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 31, 2020 |

ntsempas(05/18)