UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 4-BK-20-00095
MICHAEL ANTHONY FASCINELLA )
And ANN MARIE FASCINELLA )
)
Debtor ) Chapter 13

## ORDER

**AND NOW**, this _____ day of _____, 2020 upon review of the Motion to Modify Debtors Chapter 13 Plan, the Court hereby grants said Motion.

BY THE COURT;

_____