## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Anthony Fascinella aka Michael Anthony Fascinella, Sr.<br>Ann Marie Fascinella<br>Debtor(s) | CHAPTER 13 |
| Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2, its successors and/or assigns<br>Movant<br>vs. | NO. 20-00095 MJC |
| Michael Anthony Fascinella aka Michael Anthony Fascinella, Sr.<br>Ann Marie Fascinella<br>Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2, which was filed with the Court on August 26, 2022, document number 53..

                                            Respectfully submitted,

                                            /s/ Denise Carlon, Esq.
                                            _____

                                            Denise Carlon, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: (215)-627-1322

Dated: 10/6/2022