**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL ANTHONY
         FASCINELLA
         MICHAEL ANTHONY
         FASCINELLA, SR.
         ANN MARIE FASCINELLA                    CHAPTER 13

                          Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                       CASE NO: 4-20-00095-MJC
                          Movant

         vs.

         MICHAEL ANTHONY
         FASCINELLA etal.
                          Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE


COMES NOW, on December 6, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:   December 6, 2022                Respectfully submitted,

                                         /s/   Agatha R. McHale, Esquire
                                         ID: 47613
                                         Attorney for Movant
                                         Jack N. Zaharopoulos, Trustee
                                         Standing Chapter 13 Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL ANTHONY
        FASCINELLA
        MICHAEL ANTHONY
        FASCINELLA, SR.
        ANN MARIE FASCINELLA          CHAPTER 13

                Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE          CASE NO: 4-20-00095-MJC
                Movant

vs.

        MICHAEL ANTHONY
        FASCINELLA etal.
             Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

      January 5, 2023 at 10:00 AM
      U.S. Bankruptcy Court
      Max Rosenn U.S. Courthouse
      197 S. Main Street
      Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $5,879.89**
     **AMOUNT DUE FOR THIS MONTH: $1,641.17**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $7,521.06**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:     December 6, 2022          Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

In Re:   MICHAEL ANTHONY
        FASCINELLA
        MICHAEL ANTHONY
        FASCINELLA, SR.
        ANN MARIE FASCINELLA          CHAPTER 13
                    Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE           CASE NO: 4-20-00095-MJC
                    Movant

vs.

        MICHAEL ANTHONY
        FASCINELLA etal.
                  Respondent(s)

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on December 6, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

ARTHUR D. AGNELLINO, ESQUIRE
123 SOUTH KEYSTONE AVENUE
SAYRE PA  18840-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

<u>Served by First Class Mail</u>

MICHAEL ANTHONY FASCINELLA
ANN MARIE FASCINELLA
368 LODER STREET
SAYRE  PA  18440

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 6, 2022

                    <u>/s/  Matt Arcuri</u>
                    Office of the Standing Chapter 13 Trustee
                    Jack N. Zaharopoulos, Trustee
                    Suite A, 8125 Adams Dr.
                    Hummelstown, PA  17036
                    Phone:  (717) 566-6097
                    email:info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MICHAEL ANTHONY FASCINELLA
           AKA: MICHAEL ANTHONY
           FASCINELLA, SR.
           ANN MARIE FASCINELLA

                                    CHAPTER 13

        Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                 Movant                CASE NO: 4-20-00095-MJC

        vs.

           MICHAEL ANTHONY FASCINELLA
           AKA: MICHAEL ANTHONY
           FASCINELLA, SR.
           ANN MARIE FASCINELLA

**<u>ORDER DISMSSING CASE</u>**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.