United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Anthony Fascinella  
Ann Marie Fascinella  
    Debtors

Case No. 20-00095-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 20, 2024      Form ID: pdf010      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Anthony Fascinella, Ann Marie Fascinella, 368 Loder Street, Sayre, PA 18840-2613 |
| 5289733 | + | Guthrie Clinic, One Guthrie Square, Sayre, PA 18840-1699 |
| 5314765 | | Guthrie Medical Group,P.C., c/o Burr & Reid, LLP, 400 Plaza Drive, PO Box 2308, Binghamton, NY 13902-2308 |
| 5289734 | + | Plant Home Lending, 321 Research Parkway, Suite. 303, Meriden, CT 06450-8342 |
| 5289735 | + | Robert Packer Hospital, One Guthrie Square, Sayre, PA 18840-1698 |
| 5313782 | | Robert Packer Hospital, c/o Burr & Reid, LLP, 400 Plaza Drive, PO Box 2308, Binghamton, NY 13902-2308 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Nov 20 2024 18:40:17 | Planet Home Lending, LLC as servicer for Wilmingto, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5318837 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 18:41:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5291220 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5303635 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 18:49:38 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5311332 | + | Email/Text: BKMAIL@planethomelending.com | Nov 20 2024 18:41:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5303248 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5303249 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5303250 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5303251 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5291221 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5303247 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5318838 | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela C. Pattison | on behalf of Creditor Wilmington Trust N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 apattison@hillwallack.com |
| Arthur David Agnellino | on behalf of Debtor 1 Michael Anthony Fascinella attorneys@theaalawfirm.com |
| Arthur David Agnellino | on behalf of Debtor 2 Ann Marie Fascinella attorneys@theaalawfirm.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Trust N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| Richard Postiglione | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-1 bkecf@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 4:20-bk-00095-MJC
Michael Anthony Fascinella, )
Ann Marie Fascinella, ) Chapter 13
        Debtors )
)

## ORDER

Upon consideration of the Debtors, Michael Anthony Fascinella and Ann Marie Fascinella, having filed a Motion For Voluntary Withdrawal of Petition for Chapter 13 Relief, Dkt. # 75 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 20, 2024