# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Anthony Fascinella aka Michael Anthony Fascinella, Sr.<br>Ann Marie Fascinella<br><div align="right">**Debtor(s)**</div><br><br>Wilmington Trust, N.A., not in its individual capacity, but solely as trustee of MFRA Trust 2014-2<br><div align="right">**Movant**</div><div align="center">vs.</div><br>Michael Anthony Fascinella aka Michael Anthony Fascinella, Sr.<br>Ann Marie Fascinella<br><div align="right">**Debtor(s)**</div><br><br>Jack N. Zaharopoulos,<br><div align="center">**Trustee**</div> | BK NO. 20-00095 MJC<br><br>Chapter 13<br><br>Related to Claim No. 3 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 11, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michael Anthony Fascinella aka Michael Anthony
Fascinella, Sr.
368 Loder Street
sayre, PA 18840

Ann Marie Fascinella
368 Loder Street
Sayre, PA 18840

Attorney for Debtor(s)
Arthur David Agnellino, Esq.
123 South Keystone Avenue
Sayre, PA 18840

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>May 11, 2023</u>

<div align="right">

<u>**/s/Michael P. Farrington Esq.**</u>
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com

</div>